UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-mj-8533-RMM

FILED BY ____SP____ D.C.
Sep 25, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

UNITED STATES OF AMERICA

v.

MILTON OMAR ESCOTO-MARTINES,

　　　　　　　Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   ☐ Yes  ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   ☐ Yes  ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: *Shannon O'Shea Darsch*
SHANNON O'SHEA DARSCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.  68566
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 209-1027
Fax:   (561) 820-8777
Email: shannon.darsch@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Milton Omar Escoto-Martines,<br><br>*Defendant(s)* | Case No.  25-mj-8533-RMM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 22, 2025  in the county of  Palm Beach  in the Southern District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326(a) & (b)(1) | Illegal re-entry into the United States after deportation or removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DO Andy Korzen, ICE
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 9/25/26

_____
*Judge's signature*

City and state:   West Palm Beach, FL     Hon. Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Milton Omar ESCOTO-MARTINES committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about September 22, 2025, Milton Omar ESCOTO-MARTINES was arrested in Palm Beach County, Florida on charges of burglary with assault or battery and kidnapping-false imprisonment. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Milton Omar ESCOTO-MARTINES is a native and citizen of Honduras. Records further show that Milton Omar ESCOTO-MARTINES was voluntarily removed from the United States and returned to

1

Mexico on four separate occasions, on or about following dates: March 31, 2002, April 3, 2002, April 8, 2002, and April 13,2002. On each of those occasions he falsely claimed Mexican citizenship.

5. Thereafter, Milton Omar ESCOTO-MARTINES reentered the United States illegally, and after his true citizenship was discovered, he was on or about May 15, 2002, ordered removed from the United States to Honduras. The Order of Removal was executed on or about May 30, 2002, whereby Milton Omar ESCOTO-MARTINES was removed from the United States and returned to Honduras.

6. Thereafter, Milton Omar ESCOTO-MARTINES re-entered the United States illegally and was removed and returned to Honduras on seven additional separate occasions, on or about following dates: October 20, 2004, December 21, 2009, November 22, 2010, December 23, 2011, July 12, 2012, May 27, 2013, and June 9, 2014.

7. Thereafter, Milton Omar ESCOTO-MARTINES re-entered the United States illegally and was expelled from the United States and returned to Mexico under provision of Title 42, United States Code, Section 265, on six separate occasions, on or about following dates: April 23, 2021, May 8, 2021, May 9, 2021, May 10, 2021, May 16, 2021, and May 27, 2021.

8. Records further show that on or about November 10, 2011, in the United States District Court, District of New Mexico, Milton Omar ESCOTO-MARTINES was convicted of the felony offense of re-entry of a removed alien, case number 11CR02632.

9. Further review of the records shows that on or about November 5, 2012, in the United States District Court, Southern District of Texas, Milton Omar ESCOTO-

MARTINES was convicted of the offense of entering the United States illegally, case number 12-po-11630.

10. Milton Omar ESCOTO-MARTINES's fingerprints taken in connection with his September 22, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Milton Omar ESCOTO-MARTINES.

11. A record check was performed in the Computer Linked Application Informational Management System to determine if Milton Omar ESCOTO-MARTINES filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Milton Omar ESCOTO-MARTINES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

12. Based on the foregoing, I submit that probable cause exists to believe that, on or about September 22, 2025, Milton Omar ESCOTO-MARTINES, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __25__ day of September 2025.

_____
HON. RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Milton Omar Escoto-Martines

**Case No**: 

Count #: 1

Illegal re-entry into the United States after deportation or removal

Title 8, United States Code, Section 1326(a) and (b)(1)

* Max. Term of Imprisonment:   up to 10 years
* Mandatory Min. Term of Imprisonment (if applicable): n/a
* Max. Supervised Release: up to 3 years
* Max. Fine: up to $250,000 and a mandatory $100 special assessment upon conviction

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**